L. B. & S. B. RESTAURANT CORPORATION v. JULIUS KLEIN and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

TIMES SQUARE AUTOMOBILE COMPANY v. THE MOTOR CAR EQUIPMENT Co., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

PHILIP E. DONLIN v. B. W. CARLOW and Another, Impleaded.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LEROY STANLEY.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY FILBERG.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

SAMUEL J. KESSLER v. MAX ROSENBLATT.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

PORTER ARMS, INC., v. HENRY HOFFMANN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOHN R. McCONVILLE and Others v. THE SEABOARD NATIONAL BANK OF THE CITY OF NEW YORK.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MORSELLI BROS., INC., v. HARRY H. COHEN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

PHILIP GALLUB v. VICTOR E. MEYER.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of Supplementary Proceedings: SIDNEY STERN and Another v. CARL A. GEISLER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HARRY STERN v. TROCHMAN-BROWN, INC., Impleaded, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOHN ANDERSON McBRIDE v. WARD B. HINER.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.